UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                                        CRIMINAL ACTION

VERSUS                                                                                              NO. 04-378

JOHN BAKER, ET AL.                                                                       SECTION "K"(5)

## ORDER

In consideration of Defendant Walter Tardy's Motion to Dismiss (Rec. Doc. 177), this Court provided its reasons and ruled from the bench on October 1, 2007, holding that this motion is **DENIED.**

New Orleans, Louisiana, this   16th   day of        October        , 2007.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE